1

2

3

4

5                       UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
6                                 AT SEATTLE

7   GEOFFREY L. OLSON,                    )
                                          )
8              Plaintiff,                  )       CASE NO.    C05-0638RSM
                                          )
9        v.                               )       ORDER DISMISSING
                                          )       CIVIL RIGHTS ACTION
10  SNOHOMISH COUNTY, *et al*.,           )
                                          )
11             Defendants.                )
    _____)

12

13       The Court, having reviewed Plaintiff's Amended Complaint, Defendants' Motion to Dismiss,

14  the Report and Recommendation ("R&R") of the Honorable Monica J. Benton, United States

    Magistrate Judge, and the remaining record, does hereby find and Order:

15

16       (1)    The Court adopts the Report and Recommendation.

17       (2)    Defendants' Motion to Dismiss (Dkt. #25) is GRANTED.

18       (3)    Plaintiff's Amended Complaint, and this action, are DISMISSED without prejudice.

19       (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants,

20              and to the Honorable Monica J. Benton.

         DATED this 17th day of February, 2006.

21

22

23                                                _____
                                                  RICARDO S. MARTINEZ
24                                                UNITED STATES DISTRICT JUDGE

25

26  ORDER DISMISSING § 1983 CIVIL RIGHTS ACTION